*case closed*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CURTIS PETERSON, ERIC MAHER, RONALD WHITE, and EXPRESS INTERNATIONAL, LLC,<br><br>Defendants,<br><br>and<br><br>CURTIS INTERNATIONAL EXPRESS, INC. and ANN SCOTT,<br><br>Relief Defendants. | Case No. CV 11-01143 ODW (JEMx)<br><br>[~~PROPOSED~~] FINAL JUDGMENT OF DISGORGEMENT, PREJUDGMENT INTEREST, AND CIVIL PENALTY AGAINST DEFENDANT RONALD WHITE |

The Securities and Exchange Commission ("Commission") having filed a Complaint and Defendant Ronald White ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to the entry of a Judgment of Permanent Injunction and Other Relief which was entered on September 9, 2011, and which is fully incorporated herein; waived findings of fact and conclusions of law; and waived any right to appeal from the Judgment of Permanent Injunction and Other Relief and from this Final Judgment of Disgorgement, Prejudgment Interest, and Civil Penalty:

## I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant White is liable for disgorgement of $596,400, representing proceeds gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $3,858, for a total of $600,258. Defendant White shall satisfy this obligation by paying $600,258 within 14 days after entry of this Final Judgment to the Clerk of this Court, together with a cover letter identifying White as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant White shall simultaneously transmit photocopies of such payment and letter to the Commission's counsel in this action. By making this payment, Defendant White relinquishes all legal and equitable right, title, and interest in such funds, and no part of the funds shall be returned to Defendant. The Clerk shall deposit the funds into an interest-bearing account with the Court Registry Investment System or any other type of interest-bearing account that is utilized by the Court. These funds, together with any interest and income earned thereon (collectively, the "Fund"), shall be held in the interest-bearing account until further order of the Court. In accordance with 28 U.S.C. § 1914 and the guidelines set by the Director of the Administrative Office of the United States Courts, the Clerk is directed, without further order of this Court, to deduct from the

income earned on the money in the Fund a fee equal to ten percent of the income generated on the Fund. Such fee shall not exceed that authorized by the Judicial Conference of the United States. The Commission may propose a plan to distribute the Fund subject to the Court's approval. Defendant White shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961. The Commission may enforce the Final Judgment by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment. In response to any such civil contempt motion, the Defendant may assert any legally permissible defense.

## II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant White shall pay a civil penalty in the amount of $150,000 pursuant to Section 21(d)(3) of the Exchange Act. Defendant White shall make this payment within 14 days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying White as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant White shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

## III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

## IV.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: 1/25/12

HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Peter F. Del Greco
Peter F. Del Greco
Counsel for Plaintiff
Securities and Exchange Commission