

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>CURTIS PETERSON, ERIC MAHER, RONALD WHITE, and EXPRESS INTERNATIONAL, LLC,<br><br>    Defendants,<br><br>and<br><br>CURTIS INTERNATIONAL EXPRESS, INC. and ANN SCOTT,<br><br>    Relief Defendants. | Case No. CV 11-1143 ODW (JEMx)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE JOHN E. MCDERMOTT RE ISSUANCE OF ORDER OF CIVIL CONTEMPT AS TO JUDGMENT DEBTORS CURTIS PETERSON AND ANN SCOTT**<br><br>**POST-JUDGMENT DISCOVERY MATTER** |

1 |     Pursuant to 28 U.S.C. § 636(b)(1)(6), the Court has reviewed the record of
2 | this action and the Report and Recommendation of Magistrate Judge John E.
3 | McDermott (the "Report"). Finding that good cause exists therefore, the Court
4 | accepts and adopts the findings of fact, conclusions of law, and recommendations
5 | contained in the Report. Therefore, an Order of Contempt shall issue as to each of
6 | Defendant and Judgment Debtor Curtis Peterson and Relief Defendant and
7 | Judgment Debtor Ann Scott, providing that:
8 |     Per diem fines of $500.00 shall be assessed against each of Peterson and
9 | Scott until such time that each of them provides written responses, without
10 | objections, to the Interrogatories previously served upon them on March 2, 2012,
11 | true and correct copies of which are attached hereto as Exhibits A and B,
12 | respectively; and
13 |     If, after 14 days of issuance of this Order, either Peterson or Scott has failed
14 | to respond to said Interrogatories, an order shall issue for his and/or her arrest.
15 |     IT IS SO ORDERED.

Dated: __4-23-__, 2013

_____
Otis D. Wright, II
United States District Judge