FILED
CLERK, U.S. DISTRICT COURT
APR 23 2013
CENTRAL DISTRICT OF CALIFORNIA
BY SW DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

CURTIS PETERSON, ERIC MAHER, RONALD WHITE, and EXPRESS INTERNATIONAL, LLC,

Defendants,

and

CURTIS INTERNATIONAL EXPRESS, INC. and ANN SCOTT,

Relief Defendants.

Case No. CV 11-1143 ODW (JEMx)

AMENDED
**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE JOHN E. MCDERMOTT RE ISSUANCE OF ORDER OF CIVIL CONTEMPT AS TO JUDGMENT DEBTORS CURTIS PETERSON AND ANN SCOTT**

**POST-JUDGMENT DISCOVERY MATTER**

Pursuant to 28 U.S.C. § 636(b)(1)(6), the Court has reviewed the record of this action and the Report and Recommendation of Magistrate Judge John E. McDermott (the "Report"). Finding that good cause exists therefore, the Court accepts and adopts the findings of fact, conclusions of law, and recommendations contained in the Report. Therefore, an Order of Contempt shall issue as to each of Defendant and Judgment Debtor Curtis Peterson and Relief Defendant and Judgment Debtor Ann Scott, providing that:

Per diem fines of $500.00 shall be assessed against each of Peterson and Scott until such time that each of them provides written responses, without objections, to the Interrogatories previously served upon them on March 2, 2012, true and correct copies of which are attached hereto as Exhibits A and B, respectively; and

If, after 14 days of issuance of this Order, either Peterson or Scott has failed to respond to said Interrogatories, an order shall issue for his and/or her arrest.

IT IS SO ORDERED.

Dated: 4-23-, 2013

Otis D. Wright, II
United States District Judge

# EXHIBIT A

PETER F. DEL GRECO, Cal. Bar No. 164925
E-mail: delgrecop@sec.gov

Attorney for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
Michele Wein Layne, Associate Regional Director
John W. Berry, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

CURTIS PETERSON, ERIC MAHER, RONALD WHITE, and EXPRESS INTERNATIONAL, LLC,

Defendants,

and

CURTIS INTERNATIONAL EXPRESS, INC. and ANN SCOTT,

Relief Defendants.

Case No. CV 11-1143 ODW (JEMx)

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S FIRST SET OF INTERROGATORIES TO DEFENDANT AND JUDGMENT DEBTOR CURTIS PETERSON**

**PROPOUNDING PARTY:** **Plaintiff Securities and Exchange Commission**

**RESPONDING PARTY:** **Defendant Curtis Peterson**

**SET NUMBER:** **One (1)**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiff Securities and Exchange Commission ("Commission") hereby respectfully requests that Defendant and Judgment Debtor Curtis Peterson answer the following Interrogatories within 30 days of service hereof under Rule 33, Fed. R. Civ. P. and Local Rules 33-1 through 33-3.

**Definitions**

In connection with these Interrogatories, the terms used herein shall have the following meanings and interpretations:

A. "You" and "Your", as used herein, shall refer to Curtis Peterson, an individual, and to any and all entities which he controls, including, without limitation, Express International, LLC and Curtis International Express, Inc.

**Interrogatories**

**Interrogatory No. 1:**

Identify (provide the account name, the account number, and the name of the financial institution) all bank and brokerage accounts held in your name, on your behalf, or otherwise under your control, at present or at any time since September 2009.

**Interrogatory No. 2:**

Identify (provide the street address, city and state) all parcels of real property held in your name, on your behalf, or otherwise under your control, at present or at any time since September 2009.

**Interrogatory No. 3:**

Identify (provide the name and account number) all mortgagors to whom you have made a payment or payments at any time since September 2009, including, without limitation:

- Payments made to Chase Bank; and
- Payments made to Home Savings of America.

**Interrogatory No. 4.**

Identify (provide the name, address and telephone number) all persons and entities to whom you have provided a cumulative amount of more than $1,000 since July 2010.

**Interrogatory No. 5:**

Identify (provide make, model and Vehicle Identification Number) all motor vehicles which you have purchased or to which you have contributed toward purchase, in whole or in part, at any time since September 2009, including, without limitation:

- A vehicle purchased from Rancho Valley Chevrolet on or about September 21, 2009;
- A vehicle purchased from Team Chevrolet on or about November 19, 2009;
- A vehicle purchased from Galpin Ford on or about December 23, 2009;
- A 2010 Chevrolet Coupe; and
- A 2005 Chrysler sedan on which WSF Financial Services is or was a lienholder.

**Interrogatory No. 6:**

Identify (provide the name and address) all primary users of the vehicles identified in your response to Interrogatory No. 5.

**Interrogatory No. 7:**

Identify (provide name, address and phone number) all persons and entities who or which have provided you with a paycheck, commission, finder's fee, or other form of monetary compensation for services rendered at any time since July 2010.

**Interrogatory No. 8:**

Describe the services you provided in connection with the compensation identified in your response to Interrogatory No. 7.

DATED: March 2, 2012

Respectfully submitted,

/s/ Peter F. Del Greco

Peter F. Del Greco
Attorney for Plaintiff
Securities and Exchange Commission

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

[X] U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648

Telephone No. (323) 965-3998; Facsimile No. (323) 965-3908.

On March 2, 2012 I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S FIRST SET OF INTERROGATORIES TO DEFENDANT AND JUDGMENT DEBTOR CURTIS PETERSON** on all the parties to this action addressed as stated on the attached service list:

[X] **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ] **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

[ ] **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ] **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[ ] **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

[ ] **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[ ] **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

[ ] **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 2, 2012

/s/ Peter F. Del Greco
Peter F. Del Greco

**SEC v. CURTIS PETERSON, et al.**
**United States District Court – Central District of California**
**Case No. CV 11-1143 ODW (JEMx)**
**(LA-3820)**

SERVICE LIST

Curtis Peterson
[redacted]
Glendora, CA 91740
***Defendant In Pro Per***

Express International, Inc.
c/o Curtis Peterson
[redacted]
Glendora, CA 91740
***Defendant***

Stanley C. Morris, Esq.
Corrigan & Morris LLP
201 Santa Monica Boulevard, Suite 475
Santa Monica, CA 90401
Email: scm@cormorllp
***Attorney for Defendant Ronald White***

Curtis International Express, Inc.
c/o Curtis Peterson
[redacted]
Glendora, CA 91740
***Relief Defendant***

Ann Scott
[redacted]
Glendora, CA 91740
***Relief Defendant In Pro Per***

Eric Maher
[redacted]
Tiburon, CA 94920
***Defendant In Pro Per***

# EXHIBIT B

PETER F. DEL GRECO, Cal. Bar No. 164925
E-mail: delgrecop@sec.gov

Attorney for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
Michele Wein Layne, Associate Regional Director
John W. Berry, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

CURTIS PETERSON, ERIC MAHER, RONALD WHITE, and EXPRESS INTERNATIONAL, LLC,

Defendants,

and

CURTIS INTERNATIONAL EXPRESS, INC. and ANN SCOTT,

Relief Defendants.

Case No. CV 11-1143 ODW (JEMx)

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S FIRST SET OF INTERROGATORIES TO RELIEF DEFENDANT AND JUDGMENT DEBTOR ANN SCOTT**

**PROPOUNDING PARTY:** **Plaintiff Securities and Exchange Commission**

**RESPONDING PARTY:** **Relief Defendant Ann Scott**

**SET NUMBER:** **One (1)**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiff Securities and Exchange Commission ("Commission") hereby respectfully requests that Relief Defendant and Judgment Debtor Ann Scott answer the following Interrogatories within 30 days of service hereof under Rule 33, Fed. R. Civ. P. and Local Rules 33-1 through 33-3.

**Definitions**

In connection with these Interrogatories, the terms used herein shall have the following meanings and interpretations:

A. "You" and "Your", as used herein, shall refer to Ann Scott, an individual, and to any and all entities which she controls, including, without limitation, Express International, LLC.

**Interrogatories**

**Interrogatory No. 1:**

Identify (provide the account name, the account number, and the name of the financial institution) all bank and brokerage accounts held in your name, on your behalf, or otherwise under your control, at present or at any time since September 2009.

**Interrogatory No. 2:**

Identify (provide the street address, city and state) all parcels of real property held in your name, on your behalf, or otherwise under your control, at present or at any time since September 2009.

**Interrogatory No. 3:**

Identify (provide the name and account number) all mortgagors to whom you have made a payment or payments at any time since September 2009.

**Interrogatory No. 4.**

Identify (provide the name, address and telephone number) all persons and entities to whom you have provided a cumulative amount of more than $1,000 since September 2009.

**Interrogatory No. 5:**

Identify (provide make, model and Vehicle Identification Number) all motor vehicles which you have purchased or to which you have contributed toward purchase, in whole or in part, at any time since September 2009.

**Interrogatory No. 6:**

Identify (provide the name and address) all primary users of the vehicles identified in your response to Interrogatory No. 5.

**Interrogatory No. 7:**

Identify (provide name, address and phone number) all persons and entities who or which have provided you with a paycheck, commission, finder's fee, or other form of monetary compensation for services rendered at any time since September 2009.

**Interrogatory No. 8:**

Describe the services you provided in connection with the compensation identified in your response to Interrogatory No. 7.

DATED: March 2, 2012

Respectfully submitted,

/s/ Peter F. Del Greco
Peter F. Del Greco
Attorney for Plaintiff
Securities and Exchange Commission

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

[X] U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648

Telephone No. (323) 965-3998; Facsimile No. (323) 965-3908.

On March 2, 2012 I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S FIRST SET OF INTERROGATORIES TO RELIEF DEFENDANT AND JUDGMENT DEBTOR ANN SCOTT** on all the parties to this action addressed as stated on the attached service list:

[X] **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ] **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

[ ] **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ] **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[ ] **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

[ ] **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[ ] **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

[ ] **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 2, 2012

/s/ Peter F. Del Greco
Peter F. Del Greco

**SEC v. CURTIS PETERSON, et al.**
**United States District Court – Central District of California**
**Case No. CV 11-1143 ODW (JEMx)**
**(LA-3820)**

SERVICE LIST

Curtis Peterson
[redacted]
Glendora, CA 91740
***Defendant In Pro Per***

Express International, Inc.
c/o Curtis Peterson
[redacted]
Glendora, CA 91740
***Defendant***

Stanley C. Morris, Esq.
Corrigan & Morris LLP
201 Santa Monica Boulevard, Suite 475
Santa Monica, CA 90401
Email: scm@cormorllp
***Attorney for Defendant Ronald White***

Curtis International Express, Inc.
c/o Curtis Peterson
[redacted]
Glendora, CA 91740
***Relief Defendant***

Ann Scott
[redacted]
Glendora, CA 91740
***Relief Defendant In Pro Per***

Eric Maher
[redacted]
Tiburon, CA 94920
***Defendant In Pro Per***

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

[X] U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648 Telephone No. (323) 965-3998; Facsimile No. (323) 965-3908.

On March 4, 2013, I caused to be served the document entitled **NOTICE OF LODGMENT OF (1) [PROPOSED] REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE JOHN E. MCDERMOTT RE ISSUANCE OF ORDER OF CIVIL CONTEMPT AS TO JUDGMENT DEBTORS CURTIS PETERSON AND ANN SCOTT AND (2) [PROPOSED] ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND ISSUANCE OF ORDER OF CIVIL CONTEMPT AS TO JUDGMENT DEBTORS CURTIS PETERSON AND ANN SCOTT** on all the parties to this action addressed as stated on the attached service list:

[X] **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ] **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

[ ] **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ] **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[ ] **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

[ ] **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[X] **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

[ ] **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 4, 2013

/s/ Peter F. Del Greco
Peter F. Del Greco

**SEC v. CURTIS PETERSON, et al.**
**United States District Court – Central District of California**
**Case No. CV 11-1143 ODW (JEMx)**
**(LA-3820)**

SERVICE LIST

Curtis Peterson **(served via U.S. mail)**
[redacted]
Glendora, CA 91740
***Defendant In Pro Per***

Express International, Inc. **(served via U.S. mail)**
c/o Curtis Peterson
[redacted]
Glendora, CA 91740
***Defendant***

Stanley C. Morris, Esq. **(served via CM/ECF only)**
Corrigan & Morris LLP
201 Santa Monica Boulevard, Suite 475
Santa Monica, CA 90401
Email: scm@cormorllp
***Attorney for Defendant Ronald White***

Curtis International Express, Inc. **(served via U.S. mail)**
c/o Curtis Peterson
[redacted]
Glendora, CA 91740
***Relief Defendant***

Ann Scott **(served via U.S. mail)**
[redacted]
Glendora, CA 91740
***Relief Defendant In Pro Per***

Eric Maher **(served via U.S. mail)**
[redacted]
Tiburon, CA 94920
***Defendant In Pro Per***